933 P.2d 104

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 97–10**
**January 31, 1997**

| 18134 | Gambino v. Mfd Partners | Affirmed |

**Order No. 97–11**
**February 10, 1997**

| 18542 | Cowan v. Wisenbaker | Affirmed in part, Vacated in part |

**Order No. 97–12**
**February 11, 1997**

| 16978, 17456 | Jackson v. Jenkins | Affirmed |

**Order No. 97–13**
**February 11, 1997**

| 18209 | Sattler v. Hicks | Affirmed in part, Vacated in part |

**Order No. 97–14**
**February 12, 1997**

| 17873 | State v. Abordo | Affirmed |